# United States District Court

SOUTHERN                 DISTRICT OF                 NEW YORK

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds of the International
Union of Operating Engineers Local 15, 15A, 15C
& 15D, AFL-CIO et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Big Apple Wrecking Corp.

## 08 CIV. 6114

JUDGE COTE

TO: (Name and address of defendant)

Big Apple Wrecking Corp.
1379 Commerce Avenue
Bronx, New York 10461

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

CLERK

(BY) DEPUTY CLERK

07/03/2008

DATE

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 08 CIV. 6114                                                    Purchased/Filed: July 3, 2008

State of New York                      U. S. District Court                      Southern New York County

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International        Plaintiff

against

Big Apple Wrecking Corp.                                                    Defendant

STATE OF NEW YORK    )
COUNTY OF FULTON      )    SS
CITY OF GLOVERSVILLE  )

Gerald Skinner                      , being duly sworn, deposes and says: deponent is over

the age of twenty-one (21) years; that on          July 31, 2008          , at    8:15AM    , at the office

of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons in a Civil Case and Complaint                                          , on

Big Apple Wrecking & Construction Corp., S/H/A & F/K/A Big Apple Wrecking Corp.

Defendant in this action, by delivering to and leaving with          Donna Christie

AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of

the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such

service, deponent paid said Secretary of State a fee of    40.00    dollars; that said service was made pursuant

to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the

Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:    35    Approx. weight:    160    Approx. Ht.:    5'6"

Sex:  Female    Color of skin:  White    Color of hair:  Blonde    Other:

Sworn to before me on this    31st  day of    July, 2008

TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054
May, 03 2011

Gerald Skinner

Invoice•Work Order # 063560

*U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705*