Aug. 19. 2008 10:49AM   Brady, McGuire & Steinberg    No. 0080   P. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE ANNUITY, PENSION, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A
15C and 15D, AFL-CIO, by its TRUSTEES JAMES CALLAHAN,
FRANCIS P. DIMENNA, ROBERT SHAW and RUSSEL SHAW
and JOE and JANE DOE, as Beneficiaries of the ANNUITY,
WELFARE and APPRENTICESHIP SKILL IMPROVEMENT
& SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D,
AFL-CIO,

**STIPULATION TO EXTEND TIME**

Index No. 08 CV 6114
(DLC)

Plaintiffs,

- against -

BIG APPLE WRECKING CORP.,

Defendant.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the time for the Defendant to answer or otherwise move in the above-captioned action, be and is hereby extended to the 17th day of September, 2008.

Dated:   Woodbury, New York
         August 18, 2008

Kaufman Dolowich & Voluck LLP

By: _____
Andrew L. Richards, Esq.
Cara A. O'Sullivan, Esq.
Attorneys for Defendant
135 Crossways Park Drive
Suite 201
Woodbury, New York 11797
Tel. (516) 681-1100
Fax (516) 681-1101

Brady McGuire & Steinberg, P.C.

By: _____
James M. Steinberg, Esq. JS-3
Attorneys for Plaintiff
603 Warburton Avenue
Hastings-on-Hudson, NY 10706
Tel. (914) 478-4293
Fax (914) 478-4142

So Ordered:

_____
U.S.D.J.

ND: 4852-3319-1170, v. 1

August 21, 2008