UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY          08-CIV-6114 (DLC)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                          Plaintiffs,

    -against-

BIG APPLE WRECKING CORP.,

                          Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on August 22, 2008, I served *via* regular U.S. Mail the individual whose address appears below, with a copy of The Honorable Denise Cote's Notice of Initial Pretrial Conference Order dated August 21, 2008:

                    Cara A. O'Sullivan, Esq.
               Kaufman Dolowich & Voluck, LLP
                  135 Crossways Park Drive
                         Suite 201
                   Woodbury, NewYork 11797

                             */s/ James M. Steinberg*
                         James M. Steinberg, Esq. (JS-3515)