ANDREW L. RICHARDS, ESQ.
CARA A. O'SULLIVAN, ESQ.
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant*, Big Apple Wrecking Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C
AND 15D, AFL-CIO ET AL.,

                              Plaintiffs,

      v.

BIG APPLE WRECKING CORP,

                              Defendant.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No. 1:08-cv-06114-DLC

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel to Defendant, BIG APPLE WRECKING CORP., in connection with the above-captioned action.

Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
       September 3, 2008

                                       KAUFMAN DOLOWICH & VOLUCK LLP
                                       Attorneys for Defendant
                                       BIG APPLE WRECKING CORP.

                                       ANDREW L. RICHARDS, ESQ.
                                       CARA A. O'SULLIVAN, ESQ.
                                       arichards@kdvlaw.com
                                       cosullivan@kdvlaw.com

ND: 4850-9943-4498, v. 1