CARA A. O'SULLIVAN, ESQ.
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendant*, Big Apple Wrecking Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C
AND 15D, AFL-CIO ET AL.,

          Plaintiffs,

    v.

BIG APPLE WRECKING CORP,

          Defendant.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No. 1:08-cv-06114-DLC

   PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel to Defendant, BIG APPLE WRECKING CORP., in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
   September 5, 2008

          KAUFMAN DOLOWICH & VOLUCK LLP
          Attorneys for Defendant
          BIG APPLE WRECKING CORP.

          _____
          CARA A. O'SULLIVAN, ESQ.
          cosullivan@kdvlaw.com

ND: 4851-0789-0690, v. 1